BENJAMIN C. CLARK and another *v.* PETER LAIDLAW.

Where the record contains no statement of facts, bill of exceptions, or assignment of errors, and it appears from a certificate of the clerk on the return of a *certiorari* that the evidence of a witness examined below, not taken down in writing, cannot be included in the record, the appeal must be dismissed.

APPEAL from the Commercial Court of New Orleans, *Watts,* J.

*Lockett* and *Micou,* for the plaintiffs, moved to dismiss this appeal on the ground that the certificate of the Clerk of the court below, showed that the testimony of a witness examined on the trial had not been reduced to writing, and could not be included in the record ; there being no statement of facts, bill of exceptions or assignment of errors.

*Carter,* for the appellant.

MARTIN, J. The plaintiffs and appellees discovered that the testimony of Bedford, a witness examined below, was not in the transcript; the appellant obtained a *certiorari,* on which the Clerk returned that the testimony had not been reduced to writing. The record shows that the judgment was given partly on the testimony of Bedford, which does not appear to have been transcribed, although the Clerk certified that he was sworn and examined. The Judge, however, has certified that the record contains, " all the evidence adduced by the parties." The plaintiffs, on this have demanded the dismissal of the appeal. Those who seek relief at our hands must take care to bring before us all the evidence given below. If they do not, we cannot review the judgment they complain of.

*Appeal dismissed.*